| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS<br>Amanda Seabock, Esq., SBN 289900 |
| 2 | Prathima Price, Esq., SBN 321378<br>Dennis Price, Esq., SBN 279082 |
| 3 | 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 4 | (858) 375-7385; (888) 422-5191 fax<br>amandas@potterhandy.com |
| 5 | Attorneys for Plaintiff |
| 6 | CHRISTOPHER J. OLSON, ESQ. (192689) |
| 7 | **SWEENEY MASON LLP**<br>983 University Avenue, Suite 104C |
| 8 | Los Gatos, CA 95032-7637<br>Telephone: (408) 356-3000 |
| 9 | Facsimile: (408) 354-8839<br>colson@smwb.com |
| 10 | Attorneys for Defendant, |
| 11 | MICHAEL DAHIR DUDUM |
| 12 | Ann McFarland Draper, SBN 065669 |
| 13 | DRAPER LAW OFFICES<br>166 Wolfe Grade |
| 14 | San Rafael, California 94901<br>Tel: (415) 989-5620 |
| 15 | courts@draperlaw.net |
| 16 | Attorneys for Defendant<br>IGNACIO P. RAMOS |
| 17 | |
| 18 | UNITED STATES DISTRICT COURT |
| 19 | NORTHERN DISTRICT OF CALIFORNIA |
| 20 | BRIAN WHITAKER,                           ) Case No.: 3:21-cv-05573-CRB |
| 21 |        Plaintiff,                         ) **JOINT STIPULATION FOR DISMISSAL** |
| 22 | v.                                        ) **PURSUANT TO**<br>) **FEDERAL RULE OF CIVIL PROCEDURE** |
| 23 | MICHAEL DAHIR DUDUM, in individual and    ) **41(a)(1)(A)(ii)** ; ORDER<br>representative capacity as trustee of The Michael ) |
| 24 | Dahir Dudum Trust, and of The Mickilina Dudum )<br>Survivor's Trust;                         ) |
| 25 | IGNACIO P. RAMOS,                         )<br>       Defendants.                         ) |
| 26 | |
| 27 | |
| 28 | |

Joint Stipulation                                    1                           Case No. 3:21-cv-05573-CRB

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties. |

Dated: March 15, 2022                    CENTER FOR DISABILITY ACCESS

                                             By:     /s/ Amanda Seabock
                                                       Amanda Seabock, Esq.
                                                       Attorneys for Plaintiff

Dated: March 15, 2022                    **SWEENEY MASON LLP**

                                             By:     /s/ Christopher J. Olson
                                                       CHRISTOPHER J. OLSON, ESQ.
                                                       Attorneys for Defendant
                                                       MICHAEL DAHIR DUDUM

Dated: March 15, 2022                    DRAPER LAW OFFICES

                                             By:     /s/ Ann McFarland Draper
                                                       Ann McFarland Draper, Esq.
                                                       Attorneys for Defendant
                                                       IGNACIO P. RAMOS

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ann McFarland Draper, Esq., counsel for Defendant IGNACIO P. RAMOS, and Christopher J. Olson, Esq., counsel for Defendant MICHAEL DUDUM, and that I have obtained authorization to affix their electronic signatures to this document.

Dated: March 15, 2022              CENTER FOR DISABILITY ACCESS

                                          By:   /s/ Amanda Seabock
                                                        Amanda Seabock, Esq.
                                                        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL DAHIR DUDUM, in individual and representative capacity as trustee of The Michael Dahir Dudum Trust, and the Mickilina Dudum Survivor's Trust; IGNACIO P. RAMOS,<br><br>    Defendants. | Case No. 3:21-cv-05573-CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to stipulation of the parties, this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  March 17, 2022

_____
HONORABLE CHARLES R. BREYER
United States District Judge